IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                  Case No. 4:18-cv-40011

RANDY CALDWELL                                                                              DEFENDANT

## ORDER

Defendant Randy Caldwell filed two Motions to Reduce Sentence. ECF Nos. 48, 50. Caldwell now moves the Court to withdraw these two motions. ECF No. 51. Upon consideration, the Court finds that Caldwell's Motion to Withdraw Documents (ECF No. 51) should be and hereby is **GRANTED**. Both motions (ECF Nos. 48, 50) are hereby **WITHDRAWN**.

**IT IS SO ORDERED**, this 5th day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge