IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                         Case No. 4:18-cr-40011

RANDY CALDWELL                                                                              DEFENDANT

## ORDER

Before the Court is the Government's Motion to Dismiss Defendant's Third Motion Under 18 U.S.C. § 3582(c) as Waived, or, Alternatively, to Extend the Government's Time for Response on the Merits Thereof.  ECF No. 54.  The Government asks the Court to dismiss Defendant's pro se Motion to Reduce Sentence (ECF No. 52), which was filed pursuant to 18 U.S.C. § 3582(c), because Defendant, pursuant to his plea agreement (ECF No. 24), has waived the right to have his sentence modified under this statute.  Alternatively, the Government moves the Court to allow it more time to respond to Defendant's Motion to Reduce Sentence.  Defendant has filed a response in opposition to the Government's motion.  ECF No. 55.  The Court finds the matter ripe for consideration.

The Court has recently appointed the Federal Public Defender to represent Defendant with respect to any motion for compassionate release.  Once the Federal Public Defender files a supplement or supplemental motion on behalf of Defendant, addressing his 18 U.S.C. § 3582 arguments, the Government will have fourteen (14) days to file a response to Defendant's Motion to Reduce Sentence and any supplement that is filed on Defendant's behalf.  Accordingly, the Government's Motion to Dismiss Defendant's Third Motion Under 18 U.S.C. § 3582(c) as Waived, or, Alternatively, to Extend the Government's Time for Response on the Merits Thereof (ECF No. 53) is **GRANTED IN PART** and **DENIED IN PART**.  The Court extends the time for

the Government to respond to Defendant's motion but declines to dismiss the motion (ECF No. 52) at this time.

**IT IS SO ORDERED**, this 8th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge